UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONDA WRASPIR,<br><br>             Plaintiff,<br><br>   vs.<br><br>SAFEWAY, INC.,<br><br>             Defendant. | No. CV-13-00160-JLQ<br><br>ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL AND CLOSING OF FILE |

    Pursuant to the Stipulation (ECF 12) of the parties, the Clerk of this court shall enter judgment dismissing the Complaint and the claims therein with prejudice and without costs or attorney fees to any party. The Clerk shall then close this file.

    Dated September 14, 2013.

                      s/ Justin L. Quackenbush
                  JUSTIN L. QUACKENBUSH
       SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1