AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

RONDA WRASPIR

_____
*Plaintiff*

v.                                                   )  Civil Action No.  CV-13-160-JLQ

SAFEWAY, INC.

_____
*Defendant*

)
)
)
)
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:  The parties herein having filed a Stipulation for Voluntary Dismissal With Prejudice and the Court having been fully
informed, Plaintiff's Complaint and the claims therein are dismissed with prejudice and without costs or fees to any party.
Judgment of Dismissal is hereby entered.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

❏  decided by Judge _____ on a motion for

Date:  September 16, 2013

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____